

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1399-10

### CARLOS OMAR NIETO, Appellant

### v.

### THE STATE OF TEXAS

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### HIDALGO COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of indecency with a child and sentenced to confinement for fourteen years. The Court of Appeals affirmed the conviction. *Nieto v. State*, (Tex. App. — Corpus Christi, No. 13-09-00302-CR, delivered August 27, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on January 12, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that

it will be considered by this Court. Appellant's motion for rehearing is granted. His petition filed on December 27, 2010 is reinstated as of March 2, 2011 and will be considered in accord with Tex.R.App.P. 68.

Delivered March 2, 2011
Do not publish